UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEREMY DAVID SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-846-R |
| | ) | |
| GRADY COUNTY Sheriff's | ) | |
| OFFICE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda L. Maxfield, the Court adopts the Report and Recommendation [Doc. No. 25], in its entirety.

For the reasons stated therein, the Petition is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of July, 2026.

David L. Russell

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE